ELIJAH BRUSH
v.
ABRAHAM COOK

1806

JOURNAL ENTRIES

1. Bill filed; appearance; rule to answer   .   .   .   *Journal, infra,* \*p. 40
2. Demurrer waived; leave to amend  .   .   .   .   .   .   " 54

PAPERS IN FILE

[None]

CLAUDE LAFRAMBOISE, ADMINISTRATOR OF
JOSEPH LAFRAMBOISE, DECEASED
v.
GEORGE SHINDLER

1807

JOURNAL ENTRIES

1. Appearance .   .   .   .   .   .   .   .   .   .   *Journal, infra,* \*p. 51
2. Discontinuance .   .   .   .   .   .   .   .   .   " 51
3. Discontinuance; judgment  .   .   .   .   .   .   " 85

PAPERS IN FILE

[None]